IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SIMON PETER SMITH,                       No. C-09-4469 TEH (PR)

       Petitioner,                  ORDER OF DISMISSAL

    v.

COUNTY OF SANTA CLARA,

       Respondent.
_____/

        On October 8, 2009, the Court issued an Order Denying Motion to Proceed in Forma Pauperis and Dismissing Petition with Leave to Amend and gave Petitioner thirty (30) days from the date of the Order to pay the $5.00 filing fee and to file an Amended Petition to correct certain pleading deficiencies in his Petition. The Court advised Petitioner that failure to pay the filing fee and file a timely Amended Petition would result in dismissal for failure to prosecute.  Over forty (40) days have elapsed since Petitioner was ordered to pay the filing fee and file an Amended Petition.  He has failed to do so.

//

1   Accordingly, IT IS HEREBY ORDERED that the Petition for
2 Writ of Habeas Corpus in the above-captioned action is dismissed for
3 failure to prosecute pursuant to Federal Rule of Civil Procedure
4 41(b).
5   The Clerk is directed to terminate any pending motions as
6 moot and close the file.

8   IT IS SO ORDERED.

10 DATED   11/23/09
                                    THELTON E. HENDERSON
11                                  United States District Judge

**United States District Court**
For the Northern District of California

27 G:\PRO-SE\TEH\HC.09\Smith-09-4469-dismiss-failure to file fap.wpd

**2**